UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20339-CR-GAYLES/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW PISONI, *et al.*,

    Defendants.
_____/

**ORDER GRANTING IN PART GOVERNMENT'S SECOND SUPPLEMENTAL MOTION FOR *IN CAMERA* REVIEW OF SELECT OPR RECORDS**

The Government filed a Second Supplemental Motion for *In Camera* Review of Select OPR Records and Authorization to Disclose Portions of the Select OPR Records Pursuant to the Privacy Act. (ECF No. 653). The Defendants do not object to the Motion. Accordingly, the Court hereby **ORDERS** the government to provide me, **no later than Friday, July 19, 2019,** with printed copies of the emails that are the subject of the Motion, so that I may conduct an *in camera* review of those documents and determine whether they should be produced to the Defendants, as contemplated by the Motion.

DONE and ORDERED in chambers at Miami, Florida this 15th day of July 2019.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Darrin P. Gayles
    Counsel of record