UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20339-CR-GAYLES/MCALILEY

UNITED STATES OF AMERICA

v.

MATTHEW PISONI et al.
_____/

**Government's Notice of Compliance**

The United States of America hereby gives notice that, on November 22, 2019, in compliance with the Court's November 21, 2019 Order Authorizing Government Disclosure of OPR Materials (Emails) (ECF No. 675), the government sent the following materials by encrypted email to counsel for defendants:

1. Copies of Email from Folder on CD Originally Attached to Document Identified as Item 6 in DE:597 (Bates Numbered Pages SSICR000001-SSICR000002)
2. Copies of Emails from Folder on CD Originally Attached to Document Identified as Item 6 in DE:597 (Bates Numbered Pages SSICR000003-SSICR000132)
3. Copies of Emails from Folder on CD Originally Attached to Document Identified as Item 6 in DE:597 (Bates Numbered Pages SSICR000133-SSICR000307)

These are the materials that were previously submitted in paper form to the Court *in camera* (ECF Nos. 656, 659) in connection with the government's Second Supplemental Motion for In Camera Review of Select OPR Records and Authorization to Disclose Select OPR Records Pursuant to the Privacy Act (ECF No. 653).

Undersigned counsel for the government have since confirmed with counsel for defendants that they have received the encrypted emails and have been able to download and access the above-

1

described materials contained within the emails.

                                                           Respectfully submitted,

                                                           ARIANA FAJARDO ORSHAN
                                                           UNITED STATES ATTORNEY

By:   */s Edward N. Stamm*
        Edward N. Stamm
        Assistant United States Attorney
        Florida Bar No. 373826
        Tel: 305-961-9164; Fax: 305-536-4675
        E-mail: edward.stamm@usdoj.gov

        */s Eduardo I. Sánchez*
        Eduardo I. Sánchez
        Assistant United States Attorney
        Florida Bar No. 877875
        Tel: 305-961-9057; Fax: 305-536-4675
        E-mail: eduardo.i.sanchez@usdoj.gov

        U.S. Attorney's Office - SDFL
        99 Northeast Fourth Street, 8th Floor
        Miami, Florida 33132-2111