UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CR-20339-GAYLES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MATTHEW PISONI,
MARCUS PRADEL, and
VICTOR RAMIREZ,

      Defendants.
_____/

**ORDER**

      **THIS CAUSE** is before the Court on Defendants' Motion for New Trial, [ECF No. 694].

Although the Motion for New Trial is properly before this Court, the case is currently on appeal

(and has been stayed, pending resolution of the new trial motion).  As explained at the status

conference on July 16, 2021, the Court intends to grant the Motion for New Trial.  Accordingly,

pursuant to 11th Cir. R. 12.1-1(c)(2), it is **ORDERED AND ADJUDGED** that the Court intends

to grant the motion for new trial if the Eleventh Circuit returns jurisdiction to it.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of July, 2021.

_____
DARRIN P. GAYLES