UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20339-CR-GAYLES/TORRES

UNITED STATES OF AMERICA

v.

MATTHEW PISONI et al.
_____/

**ORDER**

**THIS CAUSE** came before the Court on the Government's Unopposed Third Supplemental Motion for In Camera Review of Select OPR Record and Authorization to Disclose Portions of the Select OPR Record Pursuant to the Privacy Act (ECF 763), and the Court being fully advised, it is:

**ORDERED** and **ADJUDGED** that the government's motion for authorization to disclose is hereby **GRANTED.** The Court previously authorized and directed the submission of this OPR record (the OPR-amended transcript of OPR's interview of AUSA H. Ron Davidson which bears handwritten corrections by AUSA Davidson, referred to herein as the "Davidson transcript") to the Court for an *ex parte in camera* review. ECF 765. The government submitted the Davidson transcript as directed, and the Court has now conducted the necessary review under the Privacy Act. Having completed this review, and after considering all the relevant factors, the Court finds that the need for disclosure of the Davidson transcript (in the redacted form as proposed by the government) exceeds the potential harm to the subjects of the disclosure.

Accordingly, pursuant to Title 5, United States Code, Section 552a(b)(11), the government is hereby **AUTHORIZED** and **DIRECTED** to disclose to counsel for defendants Matthew Pisoni, Marcus Pradel, and Victor Ramirez, the Davidson transcript in the redacted form as proposed by the government. It is further **ORDERED** that the Davidson transcript is subject to and covered by the Protective Order (ECF 623) that is currently in place.

**DONE** and **ORDERED** in chambers in Miami, Florida this 14th day of February, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record